**RECEIVED**

DEC 03 2007 aew

DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dawayne Tolliver

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6796
JUDGE HIBBLER
MAGISTRATE JUDGE BROWN

vs.

City of Chicago
Police Department
at Grand Central
Police Officer's
To be Subpeona their
Names of Arresting Officer's

Police Misconduct, Public Defender
State's Attorney

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Dawayne Tolliver

B. Date of Birth: 9-24-58

C. List all aliases: _____

D. Prisoner identification number: 200700072569

E. Place of present confinement: Cook County Jail

F. Address: P.O. Box 089002 Chicago, Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: City of Chicago

Title: Chicago

Place of Employment: City Hall

B. Defendant: Police Department

Title: Police Officer's

Place of Employment: Chicago Police Department Grand & Central

C. Defendant: Police Officer Name To Be Subpeona of Arresting Officer's

Title: Police Officer's

Place of Employment: Chicago Police Department, Grand & Central

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Dawayne Tolliver vs. Medical Dept, also Duwayne Tolliver vs. Cook County Jail Sheriff, 05VC6613

B. Approximate date of filing lawsuit: Nov, or Dec, 2005

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Cook County jail, Medical Staff, Stroger hospital, Providece Hospital, also Cermak

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Of Illinois, Eastern Division

F. Name of judge to whom case was assigned: Gettleman

G. Basic claim made: Medical Treatment, condition of confinment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case is still pending

I. Approximate date of disposition: I haven't had one yet

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

(A) Names of Case and docket Number, Dawayne Tolliver vs. Chicago Officer Jenkins

(B) Approximate date of filing lawsuit  I don't know that year

(C) List all plaintiffs (if you had co-plaintiffs) including any aliases. N/A

(D) List all Defendants Chicago Police Officers

(E) Court in Which the lawsuit was filed (if federal) Court Name the district if state court, Name the county  Northern District of Illinois Division

(F) Name of Judge to whom case was assigned Aspen

(G) Basic Claim Made, Police Brutality

(H) Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending  The case is over settle

(I) Approximate date of disposition  I never receive one

A) Name of Case: City of Chicago, Chicago Police Department, Police Officers. I don't know my docket number

Approximate date of filing lawsuit Sept. or Oct, Nov, 2006

List all plaintiffs (if you had co-plaintiffs) including any Aliases NA

List all defendants City of Chicago, Chicago Police Department Police Officers

Northern District of Illinois, Eastern Division

Name of Judge to whom case was assigned I don't know

Basic Claim Made: 4, 14 Amendments were Violated

Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending

It was dismissed

Approximated date of disposition. I never receive one

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been a Victim of Police Misconduct ever since I filed a Civil Rights Complaint against the City of Chicago, Chicago Police Department at Grand Central last year. Now since then on Sept. 23, 07 the Police Officer's just jump out of there car and start searching me and put me and another guy on the car. Took me to Grand Central and Let the other guy go. And charge me with a Delivery which I never sold nothing. I was told if I had a gun or give them somebody I would go free or I be going down. This have been a on going problem with Grand Central Police Department since I had my constitution invade by them Police Officer's since my Civil Rights 4/14 were Violated by these individuals which would tell me, they do what they want when they want and you better remember that. My Constitution Civil Rights have been Violated by these Chicago Police Officer's that broke their own Oath they took to break

4

Revised 5/2007

the same Law they swore to up hold. And I truly believe my life is in danger when I am release from here by these individuals and now I am seeking justice. This happen Sept. 23, 2007 I have also been harass August 21, 2007 now since the I filed before against Grand Central my life have and is in danger of physical injury or death

Revised 5/2007

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Be Compensated     One Million Dollar's

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20___

Dawayne Tolliver
(Signature of plaintiff or plaintiffs)

Dawayne Tolliver
(Print name)

~~2007007~~ Dawayne Tolliver
(I.D. Number)
2007007 25 69

P.O. Box 089002
Chicago, Ill. 60608
(Address)

6

Revised 5/2007