UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**
DEC 0 3 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Dawayne Tolliver

v. States Attorney
Police Misconduct Public Defender
Defendant(s) City of Chicago
Police Department at Grand/Central
Police Officers To Be Subpoena
their names of Arresting Officer's

Case Number: _____

Judge _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Dawayne Tolliver**, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Mitchell & Bolden, Eric A. Mitchell 54 N. Ottawa St, Kayode R. Idris Esq, Suite 245 Joliet, Ill, 60432. 4554 N. Broadway Suite 238 John Fitzgerald Lyke Jr. Law Office of John F. Lyke Chicago, Ill, 60640   1508 E. 53rd St. Suite 200 Chicago, Ill, 60615

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dawayne Tolliver
Movant's Signature

07CV6796
JUDGE HIBBLER
MAGISTRATE JUDGE BROWN

P.O. Box 089002
Street Address

Chicago, Ill, 60608
City/State/Zip

Date: _____

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| | |
|---|---|
| Assigned Judge: Gettleman | Case Number: |
| Case Title: Dawayne Tolliver vs. Cook County Sheriff also Medical | |
| Appointed Attorney's Name: James Novy | |
| If case is still pending, please check box: ☑ | |

| | |
|---|---|
| Assigned Judge: Aspen | Case Number: |
| Case Title: Dawayne Tolliver vs. Chicago Police Officer | |
| Appointed Attorney's Name: none | |
| If case is still pending, please check box: ☐ | |

| | |
|---|---|
| Assigned Judge: Don't Know | Case Number: Don't Know |
| Case Title: Don't Know | |
| Appointed Attorney's Name: none | |
| If case is still pending, please check box: ☐ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If case is still pending, please check box: ☐ | |