**FILED**

**APRIL 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

HP

MHH

**RECEIVED**

DEC 03 2007  aew
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dawayne Tolliver

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago
Police Department
at Grand Central
Police Officer's
To be Subpeona their
Names of Arresting Officer's  Police Miscondnct, Public Defender
                              State's Attorney

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

07CV6796
JUDGE HIBBLER
MAGISTRATE JUDGE BROWN

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

☑︎ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Dawayne Tolliver_

B.    Date of Birth: _9-24-58_

C    List all aliases: _____

D.    Prisoner identification number: _200700725 69_

E.    Place of present confinement: _Cook County Jail_

F.    Address: _P.O. Box 089002 Chicago, Ill. 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _City of Chicago_

Title: _Chicago_

Place of Employment: _City Hall_

B.    Defendant: _Police Department_

Title: _Police Officer's_

Place of Employment: _Chicago Police Department Grand & Central_

C.    Defendant: _Police Officer Name To Be Subpeona of Arresting Officer's_

Title: _Police Officer's_

Place of Employment: _Chicago Police Department, Grand & Central_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _Dawayne Tolliver Vs. Medical Dept, also Duwayne Tolliver Vs. Cook County Jail Sheriff 05VC6613_

B.    Approximate date of filing lawsuit: _Nov, or Dec, 2005_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D.    List all defendants: _Cook County jail, Medical Staff Stroger hospital, Providece Hospital, also Cermak_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District Of Illinois, Eastern Division_

F.    Name of judge to whom case was assigned: _Gettleman_

G.    Basic claim made: _Medical Treatment, Condition of Confinement_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _The case is still pending_

I.    Approximate date of disposition: _I haven't had one yet_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 5/2007

Ⓐ names of Case and docket Number, Dawayne Tolliver vs. Police Officer Jenkins

Ⓑ Approximate date of filing lawsuit  I don't Know that year

Ⓒ List all plaintiffs (if you had co-plaintiffs) including any aliases. N/A

Ⓓ. List all Defendants  Chicago, Police Officers

Ⓔ Court in Which the Lawsuit was filed (if federal. Court Name the district ; if state court, Name the County  Northern District of Illinois Division

Ⓕ Name of Judge to whom case was assigned Aspen

Ⓖ Basic . Claim . Made , Police Brutality

Ⓗ Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending  . The Case is over settle

Ⓘ Approximate date of disposition I never receive one

A Name of Case and docket Number Dava The Toliver Vs. City of Chicago, Chicago, Police Department, Police Officers. I don't Know My docket Number

Approximate date of filing Lawsuit Sept. or Oct, Nov, 2006

List all plaintiffs (if you had co-plaintiffs) including any Aliases NA

List all defendants City of Chicago, Chicago Police Department Police Officers

Northern District of Illinois, Eastern Division

Name of Judge to whom rease was assigned I don't Know

Basic Claim Made: 4, 14 Admendments were Violated

Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending

It was dismissed

Approximated date of disposition. I never receive

one

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been a Victim of Police Misconduct ever since I filed a Civil Rights Complaint against the City of Chicago, Chicago Police Department at Grand Central Last year. Now since than on Sept. 23, the Police Officer's just jump out of there car and start searching me and put me and another guy on the car. Took me to Grand Central and Let the other guy go. And charge me with a Delivery which I never sold nothing, I was told if I had a gun or give them somebody I would go free or I be going down. This have been a. on going problem with Grand Central Police Department since I had my constitution invade by them Police Officer's since my Civil Rights 4,14, were Violated by these individuals which would tell me, they do what they want when they want and you better remember that. My Constitution Civil Rights have been Violated by these Chicago Police Officer's that broke their own Oath they took to break

4

Revised 5/2007

the same Law they swore to up hold. And
I truly believe my life is in danger when
I am release from here by these individuals
and now I am seeking justice, This happen
Sept. 23. 2007 I have also been harass August
21, 2007 now since the I filed before
against Grand Central my life have
and is in danger of physical injury or
death

Revised 5/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Be Compensated                    One Million Dollar's

**VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Dawayne Tolliver_
(Signature of plaintiff or plaintiffs)

_Dawayne Tolliver_
(Print name)

_2007007256 9 Dawayne Tolliver_
(I.D. Number)
_2007007256 9_

_P.O. Box 089002_
_Chicago, Ill. 60608_
(Address)

6

Revised 5/2007