RECEIVED

MAY 12 2008 mb
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Dawayne Tolliver

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago, Chicago Police Departments Police Officers, 5555 W. Grand + Central John Doe's Ex Superintendent Phile Cline, Chicago Police Department, Bertina E. Lampkin, Richard A. Devine, Edwin A. Brunette, Mark Douglas, Adolfo Simmonds, 3340 W. Filmore S.O.S, John Doe's Central John Doe's Police Officers, Richard J. Daley, Liability of Supervisory Officers, Other Officers present at the scene, Individual Officer with Immediate contact with the plaintiff In their Own Individual Capacities and the City policy's Harassment of Police Misconduct

Case No: 07 C 6796
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

**AMENDED COMPLAINT**

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A.   Name: Dawayne Tolliver

    B.   List all aliases: _____

    C.   Prisoner identification number: 20070072569

    D.   Place of present confinement: Cook County Jail

    E.   Address: P.O. Box 089002, Chicago, Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.   Defendant: City of Chicago

         Title: Chicago

         Place of Employment: City Hall

    B.   Defendant: John Doe's Chicago Police Officer's

         Title: Police Officer

         Place of Employment: 3340 W. Filmore

    C.   Defendant: John Doe's Chicago Police Officer's

         Title: Police Officer

         Place of Employment: 5555 W. Grandd Central

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Defendant - Pline Cline
Title - Ex Superintendent Chicago Police Department
Place of Employment - Resign

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Dawayne Tolliver v Cook County Administra Health Care, Dawayne Tolliver v Cook County Medical Staff

B. Approximate date of filing lawsuit: 1-5-06, 10-9-06, 9-7-98, 11-27-07, 12-3-07, 1-9-08, 1-9-08, 1-9-08, 11-29-07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Cook County Jail, Cook County Medical Staff, John Stroger hospital, Provident hospital, J. Pentimone Police, Police Officer Jenkins, Jaime Kong, City of Chicago Police Officer John Does, Richard J. Daley, Richard A Devine, Edwin A. Brunette, Mark Douglas, Adolfo Simmonds

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois, Eastern Dist.

F. Name of judge to whom case was assigned: Gettleman

G. Basic claim made: Medical Treatment, Conditions of Confinement

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case pending

I. Approximate date of disposition: I haven't had one yet

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Defendant Richard J. Daley
Title Mayor
Place of Employment City Hall

Defendant Bertina E. Lampkin
Title Judge
Place of Employment 2650 S. California

Defendant Richard A. Devine
Title State's Attorney
Place of Employment Daley Center

Defendant Edwin A. Burnette
Title Public Defendant
Place of Employment 2650 S. California Ave.

Defendant Mark Douglas
Title Adolfo S. Assistant Public Defendant
Place of Employment 2650 S. California Ave.

Defendant Adolfo Simmonds
Title Public Defender
Place of Employment 2650 S. California Ave

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Although the Supervisors weren't actually present at the scene they are liable for acquiescing their unlawful activities, at having prior complaints of misconduct this particular Section 3340 W. Fillmore, special operation, Supervisor failure to act has amounted to rough, reckless and even deliberate indifference to my constitutional rights. When misconduct of these subordinates reached me when I was stopped without reason, questioned on the spot, And than was discriminated on because he was parole and given an case by these John Doe's Police Officer's. As an gangbanger, And particular John Doe's Police Officers at 5555 W. Grand & Central for their Supervisors weren't actually present at the scene they are liable for acquiescing, their unlawful activities against citizens complaining of Police Misconduct also discriminated against me and given me an case and than both John Doe's Police Departments Officers even deliberate indifferent in violation of my constitution Rights making me some one whom I'm not.

4

Revised 9/2007

making false allegations and furthermore signing and filing a complaint fasly against me because I'm on parole and have an background. Richard J. Daley withholding inforamtion that could assist me about the conduct of his Police Officers of abuse of Power for Police Misconduct, I wrote O.P.S. to no avail and Richard A. Devine and assistant John Does to uphold the constitutional rights of mine as any other citizen, but it don't happen, because of their acquiescing of Police Misconduct against me of their unlawful activities in court. Now also Noble "Edwin A. Brunette Public, Mark Douglas, Adolfo Simmonds" professional negligence appointed public defenders doing not respresenting in their professional hold these individuals liable for that, and the City of Chicago for their policy and the rest of the individuals in their own individuals capacities of Police Misconduct deliberate indifference of violations of my constitutions rights and pro-signal me out be as an individuals with an background and denied my constitution rights of 6th Amendment was violated by Bertina E. Lampkin in court this is an great unjustice of violations of constitutions rights by policy of the City of Chicago, and others officails and being expose to body harm to be an victim of abuse

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For pain and suffering Mental and anguish for my Constitution Rights being violated To be Compensated   One Million Dollars

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Dawayne Tolliver_
(Signature of plaintiff or plaintiffs)

Dawayne Tolliver
(Print name)

20070072569
(I.D. Number)

P.O. Box 089002
Chicago, Ill 60608
(Address)