Dawayne Tolliver 20070072569  MHN
P.O. Box 089002
Div. 9 3 G        07cv6796
Chicago, Ill. 60608

FILED
Jul 24, 2008
JUL 24 2008   MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No# 07 C 6796

Judge William J. Hibbler

Dawayne Tolliver Vs. City of Chicago et al.

Reconsideration ~~for information~~ only the court could obtain.

The Officers from 3340 W. Fillmore are from S.O.S, an Special Tact Team or Something like that and only the Mayor Delay have those individuals name's and badge No#. He also state's you will have to subpeona the names of these special Police Officer's for their names, and star numbers of these Chicago Police Officer from 3340 w. Fillmore. The Mayor of the City of Chicago make that statement on National TV, You would need an Ferderal Subpeona to request those individuals name of the Chicago Police Officer From 3340 W. Fillmore, Grand and Central one of their name is Detective Span o something like that, the City of Chicago haven't provide me any names of Police officers

Dawayne Tolliver