Dawayne Tolliver
P.O. Box 089002
Div. 6 ID
Chicago, Ill. 60608

Case No# 07 CV 6796
Judge Hibbler

Magistrate Judge
Geraldine Soat Brown

**FILED**
AUG 2 0 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dawayne Tolliver Vs. City of Chicago, et al

I have filed a Civil Rights complaint against Edwin A. Burnette and the public defender office. Judge John Kirby still insist that the public defender office still represent me, while I have a Civil Rights complaint against him and his office. Your Honorable Judge Hibbler my rights are still being in violations of the criminal court by Judge John Kirby disregard me informing him and the court about the Civil Rights Complaint I filed against the public defender office and Edwin A. Burnette and I could not be represent by anyone from that office. But to no avail. I'm requesting your assistance in this emergency at hand in criminal court which my civil case was the outcome from the Police Misconduct and made a civil rights case from their Action's.

Dawayne Tolliver 20070072569
P.O. Box 08902
Div. 6 ID
Chicago, Ill. 60608