AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| DAWAYNE TOLLIVER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 07 C 6796 |
| J. PENTIMONE | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

X other: Defendant's oral motion for directed verdict is granted. Court enters judgment in favor of the defendant and against the plaintiff.

.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

X decided by Judge William J. Hibbler on a motion for directed verdict during a jury trial.

.

Date: June 7, 2011

Michael W. Dobbins, Clerk of Court

Ms. Jacquelyn H. Collier

Deputy Clerk